UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES RAMIA, | } |
| Plaintiff, | } |
| v. | } Case No.: 2:20-cv-1825 AMM |
| BUTTS FOODS, INC., BUTTS, FOODS, LP; QUIRCH FOODS, LLC; and RAYMOND EARL BUTTS, IV., | } |
| Defendants. | } |

## JOINT STATUS REPORT

The Parties have reached an agreement on the amount of a settlement. A settlement agreement is being prepared, and the Parties expect to file a Joint Stipulation of Dismissal within approximately 30 days.

Respectfully submitted this 31st day of January, 2022.

| | |
|---|---|
| /s/John R. Bowles<br>John R. Bowles<br>The Watson Firm<br>2007 3rd Avenue North<br>Birmingham, AL 35203<br><br>Joseph E. Watson, III<br>The Watson Firm Suite 220<br>2829 2nd Avenue South<br>Birmingham, AL 35233<br><br>*Attorneys for Plaintiff* | /s/ Wesley C. Redmond<br>Wesley C. Redmond<br>Susan W. Bullock<br>FordHarrison LLP<br>420 20th Street North, Suite 2560<br>Birmingham, AL  35203<br>Phone: (205) 244-5905 \| (205) 244-5904<br>wredmond@fordharrison.com<br>sbullock@fordharrison.com<br><br>*Attorneys for Defendants Butts Foods, Inc. and Quirch Foods, LLC* |

WSACTIVELLP:12878039.1