FILED
2022 Feb-02  AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES L. RAMIA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:2:20-CV-1825 AMM |
| | ) |
| **BUTTS FOODS, INC., BUTTS FOODS, LP; QUIRCH FOODS, LLC; and RAYMOND EARL BUTTS, IV.,** | ) ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before Monday, April 4, 2022, that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 2nd day of February, 2022.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE